CRE
F.#2005R01250

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

UNITED STATES OF AMERICA

- against -

GREGORY HURLEY,

        Defendant.

------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2006 ★
BROOKLYN OFFICE

PROTECTIVE ORDER

CR-05-0710 (JG)

Upon the joint application of the parties,

IT IS HEREBY ORDERED, that the Government shall produce to the defense a "mirror" copy of the hard drive seized in this case (the "Mirror Copy"), within 10 days of receiving a hard drive from the defense, subject to the provisions set forth in this Order; and it is further

ORDERED that Ronald G. Russo, Esq., counsel for the defendant, shall keep the Mirror Copy at his offices located at Herzfeld & Rubin, 40 Wall Street, 55th Floor, New York, NY, 10005, in a locked, safe, and secured place which is accessible only to him or to those working under his direction and assisting him in the defense of this matter (the "Defense Team"); and it is further

ORDERED that the forensic advisor retained by Ronald G. Russo, Esq., Latent Technology Group, LLC, may also retain the Mirror Copy at its offices located at 107 West Main Street, Clinton, NJ, 08809, in a locked, safe, and secured place which is accessible only to the Defense Team; and it is

ORDERED that the Defense Team shall not duplicate or distribute the

Mirror Copy to any other person. Nor shall any member of the Defense Team willfully destroy, erase or alter anything on the Mirror Copy; and it is further

ORDERED that, except as provided herein, the images on the Mirror Copy may only be viewed by Mr. Russo and members of the Defense Team exclusively at the two (2) locations indicated above; and it is further

ORDERED that the defendant shall not be allowed to examine the Mirror Copy without further order of this Court, and no person other than a member of the Defense Team shall be allowed to examine the Mirror Copy without further order of this Court; and it is further

ORDERED that the Mirror Copy may not be connected, downloaded or transferred to the Internet, the Mirror Copy may not be placed into any computer that is connected to the Internet, any computer network, or any printer, and no hard copies of images on the Mirror Copy may be printed or generated; and it is further

ORDERED that a copy of this Order shall be kept with the Mirror Copy at all times; and it is further

ORDERED that the Mirror Copy shall be returned to the Government upon the entry of judgment in this case.

Dated: Brooklyn, New York
      July 10, 2006

  s/John Gleeson
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK